**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 96-21146

JOSE COLLEGA REYES,

                                                    Petitioner-Appellant,

versus

GARY L. JOHNSON, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION,

                                                    Respondent-Appellee.

Appeal from the United States District Court
for the Southern District of Texas

(H-95-CV-4828)

January 8, 1998

Before POLITZ, Chief Judge, HIGGINBOTHAM and DEMOSS, Circuit Judges.

PER CURIAM:[*]

    Jose Collega Reyes appeals an adverse summary judgment on his petition under 28 U.S.C. § 2254 for habeas relief from his state court conviction and sentence for murder. Having considered the record and briefs, substantially for the reasons and authorities assigned by the district court in its Summary Judgment Order signed December 2, 1996 and entered December 3, 1996, we AFFIRM.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.